```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

-v-

RAHMAN KAYODE BELLO, a/k/a
MICHAEL ADEKUNLE OLUSEGUN a/k/a
OLUSEGUN MICHAEL ADEKUNLE,

Defendant.

06-M-82

FILED
U.S. DISTRICT COURT
W.D. of N.Y.
JUL 27 2006

## SPEEDY TRIAL ORDER
July 26, 2006 - August 2, 2006

The parties appeared before the Court on July 26, 2006. Present were Roxanne Mendez Johnson, of counsel to Kimberly Schechter, Assistant Federal Public Defender, for the defendant and, for the United States, Assistant United States Attorney Gretchen L. Wylegala.

Counsel for the defendant and the government reported that a written plea agreement has been offered to the defendant and that the parties had appeared in district court before the Honorable John T. Elfvin on July 21, 2006. On that date, the defendant had questions about the plea agreement, and the parties agreed to postpone the plea until July 28, 2006, at 1:00 p.m. The plea is now scheduled for that date. The undersigned advised counsel that if the plea is not entered in district court, a status conference would be held in Magistrate's Court on August 2, 2006, at 10:00 a.m.

Accordingly, counsel for the defense and the government agreed on the record that a non-trial disposition would be beneficial to the defendant, as set forth in the proposed plea agreement, and to the public, as the costs and time consumed by a grand jury presentation, trial, and possible appeal would be avoided by the entry of a guilty plea.

For the reasons set forth above and in open court, and with the concurrence of the defendant and the government, the Court finds that the ends of justice attained by excluding the time from and including July 26, 2006, through and including August 2, 2006, from the period within which an Indictment or Information must be filed in accordance with the Speedy Trial Act outweigh the interests of the defendant and the public in a speedy trial.

**It is therefore hereby ORDERED** that, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the time from and including July 26, 2006, through and including August 2, 2006, shall be excluded from the time within which an Indictment or Information must be filed in accordance with the Speedy Trial Act. Thirty (30) days remain in the period within which an Indictment or Information must be filed in accordance with the Speedy Trial Act.

DATED: Buffalo, New York, July 27, 2006.

_____
H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE